UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
GARY LABARBERA and FRANK FINKEL, Trustees of :
the Local 282 International Brotherhood of Teamsters :  07-CV-2052 (ARR)
Welfare, Pension, Annuity, Job Training and Vacation Sick :  (MDG)
Leave Trust Funds, :
:
                      Plaintiff, : NOT FOR ELECTRONIC
: OR PRINT
-against- : PUBLICATION
:
INTERSTATE DEVELOPMENT GROUP, INC., : **AMENDED ORDER**
:
                      Defendant. :
------------------------------------------------------------------ X
ROSS, United States District Judge:

      I have received the Report and Recommendation on the instant case dated March 11, 2008 from the Honorable Marilyn D. Go, United States Magistrate Judge. No objections have been filed. Having conducted a de novo review of the record, I hereby adopt the Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1). Accordingly, plaintiff's application for a permanent injunction is denied and plaintiff is granted judgment in the amount of $7,049.46 in unpaid contributions, $1,250.47 for interest through the date of judgment, March 31, 2008, $2,061.95 in liquidated damages, and $4,537.50 in attorneys' fees and costs. In addition, plaintiffs are awarded interest on the unpaid contributions (currently $7,049.46), to be paid at 18% per annum for the period between April 1, 2008, and the date on which the contributions are paid

      SO ORDERED.

                                          s/ Judge Allyne R. Ross

                                          _____
                                          Allyne R. Ross
                                          United States District Judge

Dated: March 31, 2008
       Brooklyn, New York

## SERVICE LIST:

<u>Attorney for Plaintiff</u>

**Avram H. Schreiber**
40 Exchange Place, Suite 1300
New York, NY 10005

cc:	Magistrate Judge Marilyn D. Go